IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM GARRETT** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **GEORGE WAGNER, et al.** | : | NO. 11-CV-1888 |

**O R D E R**

**AND NOW**, this 4th day of August, 2015, **IT IS HEREBY ORDERED** that the motion for summary judgment filed by defendants Lori Beck, LPN, and Charmaine Mikosz (Dkt. # 87) is **GRANTED**.

All claims against these two defendants are **DENIED WITH PREJUDICE** for the reasons discussed in the accompanying memorandum.

BY THE COURT:


/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.